AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:22-mj-688-EJY |
| | ) | |
| PIAGE LOGAN | ) | Charging District:   District of North Dakota |
| *Defendant* | ) | Charging District's Case No.   3:22-cr-158 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: ᴑrth Dakota District Court<br>ᴊentin N. Burdick United States Courthouse<br>ᴊ5 First Avenue North, Room 130<br>Fargo, ND 58102-4932 | Courtroom No.: TBD |
|---|---|
| | Date and Time:   September 21, 2022 at 2:30p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   August 31, 2022

_____
*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*

